IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RUBY LEWIS,

    Plaintiff,

vs.                                         1:09-cv-00206-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER

Upon review of the administrative record and the briefs filed by the parties, it appears that oral argument would assist the Court in resolving the issues presented. In particular an issue has been raised by the Commissioner as to whether remand and not reversal is appropriate should the Court determine that it cannot affirm the ALJ's decision. Because Plaintiff has not had an opportunity to address this issue oral argument would afford the Plaintiff with an opportunity to respond to this issue.

Accordingly, a hearing has been set before the undersigned for **February 24, 2011, at 2:00 p.m.**, Magistrate Judge Courtroom, 3rd Floor, United States Courthouse, 401 SE First Ave., Gainesville, Florida, for the purpose of oral argument.

**DONE AND ORDERED** this 15th day of February, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge