IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RUBY LEWIS,

     Plaintiff,

v.                                    CASE NO. 1:09-cv-00206-MP-GRJ

MICHAEL J ASTRUE,
Commissioner of Social Security,

     Defendant.

_____/

# O R D E R

Because Defendant has filed a Motion to Remand (Doc. 24), which the Court

has now recommended be granted, there is no need for a hearing and, accordingly, the

hearing scheduled before the undersigned for February 24, 2011, at 2:00 p.m. is

**CANCELED.**

     **DONE AND ORDERED** this 23RD day of February, 2011.


*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge